IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MUSKIE PROPPANT LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:16-CV-00580 |
| | § | |
| BELLA LOGISTICS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ABSTRACT OF JUDGMENT

I, JEANNETTE CLACK, Clerk, United States District Court for the Western District of Texas, DO HEREBY CERTIFY:

THAT, in the United States District Court for the Western District of Texas, San Antonio Division, in Civil Action No. 5:16-cv-00580, styled *Muskie Proppant LLC v. Bella Logistics, LLC,* the said Plaintiff Muskie Proppant LLC ("Judgment Creditor") recovered judgment (the "Judgment") against Defendant Bella Logistics, LLC ("Judgment Debtor"). A true and correct copy of the Judgment is attached hereto as Exhibit A.

THAT the Judgment was rendered by this Court on the 6th day of December, 2016, in the amount of **$1,378,281.54** with interest accruing thereon at the rate of .80 percent (.80%) PER ANNUM, commencing from the 6th day of December, 2016, until paid, and Judgment Creditor's reasonable attorneys' fees, in an amount to be determined upon separate application.

THAT, on December 20, 2016, in conformity with the Judgment upon separate application for reasonable attorney's fees, Judgment Creditor and Judgment Debtor filed with the Court an Agreed Motion for Award of Attorney's Fees.

1

THAT, on December 21, 2016, the United States District Court for the Western District of Texas, San Antonio Division, in Civil Action No. 5:16-cv-00580, styled *Muskie Proppant LLC v. Bella Logistics, LLC* granted the Agreed Motion for Award of Attorney's Fees and entered an AGREED JUDGMENT FOR ATTORNEYS' FEES that ordered that Plaintiff, Muskie Proppant LLC shall have judgment against Defendant, Bella Logistics, LLC in the amount of Nineteen Thousand Three Hundred-Six Dollars and Eighty Cents (**$19,306.80**) for attorneys' fees incurred by Plaintiff, Muskie Proppant LLC in conjunction with the case. A true and correct copy of the Agreed Judgment for Attorneys' Fees is attached hereto as Exhibit B.

The name and address of the Judgment Creditor is:

> Muskie Proppant, LLC ("Muskie")
> 14301 Caliber Drive
> Suite 210
> Oklahoma City, Oklahoma 73134

The name, address, and telephone number of the Judgment Creditor's attorney are:

> Steven W. Soule
> John T. Richter
> HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
> 320 South Boston Avenue, Suite 200
> Tulsa, Oklahoma 74103-3706
> Telephone: 918-594-0400

> Eric B. Terry
> ERIC TERRY LAW, PLLC
> 4040 Broadway, Suite 350
> Telephone: 210-862-2060

The name and last known post office address of the Judgment Debtor is:

> Bella Logistics, LLC ("Bella")
> 920 S. Main Street
> Boerne, Texas 78006

THAT there are no credits on the Judgment and award of attorneys' fees, and the amounts set out above are now still due.

WITNESS my official signature and seal of this Court, in the city of San Antonio, State of Texas, this 12th day of January, 2017.

                                          JEANNETTE J. CLACK, CLERK of COURT
                                          UNITED STATES DISTRICT COURT
                                          WESTERN DISTRICT OF TEXAS

                                          By: _____
                                                   **DEPUTY CLERK**