IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR - 5 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| MUSKIE PROPPANT LLC, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 5:16-CV-00580-DAE |
| BELLA LOGISTICS, LLC, | § § | |
| Defendant. | § § | |

**CLERK'S CERTIFICATION OF A JUDGMENT
TO BE REGISTERED IN ANOTHER DISTRICT**

I, JEANNETTE CLACK, Clerk, United States District Court for the Western District of Texas, DO HEREBY CERTIFY that the judgment, attached hereto as Exhibit A, is a true and correct copy of a judgment entered by this Court on December 6, 2016. I further certify the Agreed Judgment for Attorneys' Fees, attached hereto as Exhibit B, is a true and correct copy of a judgment entered by this Court on December 21, 2016.

I also certify that, as appears from this Court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this Court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: April 5, 2017.

JEANNETTE J. CLACK, CLERK of COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

By: _Diana Garcia_
**DEPUTY CLERK**

# Exhibit A

AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
DEC - 6 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| MUSKIE PROPPANT, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:16-CV-580-DAE |
| BELLA LOGISTICS, LLC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Tthe Court GRANTS Plaintiff's Motion for Summary Judgment (Dkt. # 12) on the account stated and breach of contract claims. The Court ORDERS Defendant to pay Plaintiff: (1) a principal amount of $1,378,281.54 for the debt owed, (2) pre- and post-judgment interest on the principal, and (3) Plaintiff's reasonable attorneys' fees, in an amount to be determined upon separate application.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David A. Ezra on a motion for Summary Judgment

Date: 12/06/2016

CLERK OF COURT

Robert F. Flaig
*Signature of Clerk or Deputy Clerk*

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MUSKIE PROPPANT LLC,

    Plaintiff,

v.

BELLA LOGISTICS, LLC,

    Defendant.

CIVIL ACTION NO. 5:16-cv-00580

## AGREED JUDGMENT FOR ATTORNEYS' FEES

NOW on this 21st day of December, 2016, the above referenced case comes before the Court on the Agreed Motion for Award Attorney's Fees filed on December 20, 2016, at Dkt. No. 24 ("Agreed Judgment") submitted by Plaintiff, Muskie Proppant, LLC ("Muskie"), and Defendant, Bella Logistics, LLC ("Bella") (collectively referred to as the "Parties"). The Court, having reviewed the case file and pleadings herein, and being advised that the Parties agree to the relief provided for in this Agreed Judgment FINDS AS FOLLOWS:

1. Muskie filed its Complaint against Bella on June 21, 2015 asserting causes of action for account stated, breach of contract, and unjust enrichment. [Dkt. No. 1].

2. On December 6, 2016, the Court entered a Judgment in favor of Muskie and against Bella, and ordered Bella to pay Muskie: (1) a principal amount of $1,378,281.54 for the debt owed, (2) pre-and post-judgment interest on the principal, and (3) Muskie's reasonable attorneys' fees, in an amount to be determined upon separate application. [Dkt. No. 23].

3. This is an action arising out of Bella's failure to pay Muskie for natural sand proppants that it sold to Bella from May 2015 to October 2015. Muskie delivered product to Bella at one or more locations in Texas as specified by Bella, and Bella agreed to pay Muskie for

the manufacture and delivery of the product that it purchased upon receipt of an invoice. Muskie fully performed its obligations in delivering the product to Bella at its request, but Bella failed and refused to pay for that product.

4. This action was governed by Texas law. Pursuant to Tex. Civ. Prac. & Rem. Code Ann. § 38.001, "[a] person may recover reasonable attorney's fees from an individual or corporation, in addition to the amount of a valid claim and costs, if the claim is for: ... (3) furnished material; ... or (8) an oral or written contract." Accordingly, Muskie is entitled to an award of reasonable attorneys' fees.

5. The Parties have agreed that Muskie is entitled to recover $19,306.80 for attorneys' fees incurred during the course of this case pursuant to the foregoing authority.

6. The attorneys involved in the representation of Muskie are well-qualified by education and experience and the total fees awarded to Muskie are reasonable under the facts and circumstances of this case.

7. The Court finds that the Parties' Agreed Motion should be granted and that Muskie is entitled to an award of attorneys' fees in the amount of Nineteen Thousand Three Hundred-Six Dollars and Eighty Cents ($19,306.80).

**IT IS THEREFORE ORDERED, ADJUDGED AND AGREED** that the Agreed Motion is hereby GRANTED.

**IT IS FURTHER IT IS THEREFORE ORDERED, ADJUDGED AND AGREED** that Plaintiff, Muskie Proppant LLC shall have judgment against Defendant, Bella Logistics, LLC in the amount of Nineteen Thousand Three Hundred-Six Dollars and Eighty Cents ($19,306.80) for attorneys' fees incurred by Muskie in conjunction with this case.

Execution on this Agreed Judgment shall issue in any manner provided by law.

_____
**DAVID EZRA**
**UNITED STATES DISTRICT JUDGE**

**APPROVED AS TO FORM AND CONTENT:**

/s/ John T. Richer
Steven W. Soule, Oklahoma Bar No. 13781
John T. Richer, Texas Bar No. 24068531
HALL, ESTILL, HARDWICK, GABLE,
   GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: jricher@hallestill.com

-and-

Eric Terry
ERIC TERRY LAW, PLLC
TX State Bar No. 00794729
4040 Broadway, Ste. 450
San Antonio, TX 78209
Telephone: 210-862-2060
Facsimile: 210-319-5447
Email: eric@ericterrylaw.com

**ATTORNEYS FOR PLAINTIFF,
MUSKIE PROPPANT LLC**

s/Morris White, III
Morris E. (Trey) White, III
Villa & White, LLP
1100 N.W. Loop 410, Suite 700
San Antonio, TX 78213
(210) 225-4500
Fax: 210/212-4649
Email: treywhite@villawhite.com

**ATTORNEYS FOR DEFENDANT,
BELLA LOGISTICS LLC**